**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Totua  Totua
    (Last)    (First)    (Initial)

Prisoner Number  #2352140

Institutional Address  P.O. Box 67 @ San Bruno, Ca. 94066

================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Totua Totua
(Enter the full name of plaintiff in this action.)

vs.

San Francisco Police Dept.
City of San Francisco
Chief of Police Heather Fong
County of San Francisco
(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the clerk of court)

CV 08 1126

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

[All questions on this complaint form must be answered in order for your action to proceed..]

I.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

  A.   Place of present confinement _____

  B.   Is there a grievance procedure in this institution?
      YES (✓)    NO ( )

  C.   Did you present the facts in your complaint for review through the grievance procedure?
      YES (✓)    NO ( )

  D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT         - 1 -

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why.
3     1. Informal appeal _____
4  _____
5  _____2. First
6  formal level_____
7  _____
8  _____
9     3. Second formal level_____
10 _____
11 _____4 Third
12 formal level _____
13 _____
14 _____

15  E.  Is the last level to which you appealed the highest level of appeal available to
16      you?
17         YES (✓)   NO ( )
18  F.  If you did not present your claim for review through the grievance procedure,
19 explain why. *(N/A) THESE CHARGES ARE A FEDERAL*
20 *MATTER - 42 U.S.C. 1983*
21 _____

22 II. Parties
23  A.  Write your name and your present address. Do the same for additional plaintiffs,
24      if any.
25 *Totua Totua*
26 *P.O. BOX 67 @ San Bruno, Ca. 94066*
27 _____
28  B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT        - 2 -

1   place of employment.
2   _____
3   _____
4   _____
5   _____
6   _____ III.
7   Statement of Claim
8       State here as briefly as possible the facts of your case. Be sure to describe how each
9   defendant is involved and to include dates, when possible. Do not give any legal arguments or
10  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11  separate numbered paragraph.
12  I was on the corner of O'ffarrell and Jones sts. at 9:00AM on the 22nd
13  of January when police pulled-up, stopped, and two officers got
14  out. I turned to move aside, and give them room, assuming they
15  were clearing the corner, when one officer shouted come-here
16  you. I stopped, and complied with their order/command. After
17  doing a thorough search of my person, and finding nothing
18  whatsoever, they assumed I was swallowing something
19  so they immediately grabbed my throat, both officers at the
20  same time, and I couldn't breath at all, started passing out,
21  when they body-slammed me, and retrieved no drugs at
22  all, I didn't cough anything up, hadn't swallowed any-
23  thing. I was then given the traditional "trumped-up-charge"
24  of resisting arrest to justify and validate their excessive
    force.
25  IV.   Relief
26      Your complaint cannot go forward unless you request specific relief. State briefly exactly
27  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28  TO BE DETERMINED BY COUNSEL @ LATER DATE.

COMPLAINT                    - 3 -

1
2
3
4
5
6

7    I declare under penalty of perjury that the foregoing is true and correct.

8
9    Signed this _*18th*_ day of _*Feburary*_, 20 _*08*_

10
11                     _*Totua Totua   2/18/08*_
12                           (Plaintiff's signature)

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                          - 4 -

Mr. Totua Totua
P.O. Box 67
San Bruno, Ca. 94066

RECEIVED

FFR - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of
California
450 Golden Gate Avenue Box 36060
San Francisco, California 94102

c/o Richard W. Wieking - Clerk

USA 41