IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTUA TOTUA, | ) |
| Plaintiff(s), | ) No. C 08-1126 VRW (PR) |
| vs. | ) ORDER OF DISMISSAL |
| SAN FRANCISCO POLICE DEP'T, et al, | ) (Doc # 2) |
| Defendant(s). | ) |

This civil rights action by a prisoner was filed on February 25, 2008. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 USC § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so. Plaintiff's incomplete in forma pauperis application is DENIED and the action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Totua,T1.or1.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TOTUA,

          Plaintiff,

  v.

SF POLICE DEPT., et al,

          Respondent.

Case Number: C08-1126   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

TOTUA TOTUA
2352140
P.O. Box 67
San Bruno, CA 94066

Dated: April 11, 2008

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk